NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LYLE FRAMPTON,                           )
                                         )
            Appellant,                   )
                                         )
v.                                       )      Case No. 2D17-3139
                                         )
ANTHONY S. BRYANT and JENNIFER L.        )
BRYANT,                                  )
                                         )
            Appellees.                   )
_____)

Opinion filed November 30, 2018.

Appeal from the Circuit Court for Pinellas
County; Kathleen T. Hessinger, Judge.

Brooke Elvington, Fort Lauderdale, for
Appellant.

No appearance for Appellees.


PER CURIAM.


            Affirmed.


KELLY, LUCAS, and SALARIO, JJ., Concur.